UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD JOHN MISTURAK, JR., : | |
| Plaintiff, : | |
| : | |
| v. : | NO. 18-cv-1549 |
| : | |
| DEL. COUNTY – JAIL MENTAL : | |
| HOSPITAL, *et al.*, : | |
| Defendants. : | |

## O R D E R

AND NOW, this 3rd day of May, 2018, upon consideration of Plaintiff Ronald John Misturak Jr.'s Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum. Misturak's claims are **DISMISSED with prejudice** with the exception of Misturak's social security claims, which the Court will **DISMISS without prejudice** to Misturak filing an new civil action for review of the denial of benefits if and when he exhausts administrative remedies. Misturak may not file a second amended complaint in this case.

2. The Clerk of Court shall **CLOSE** this case.

                                                 **BY THE COURT:**

                                                 */s/ Joseph F. Leeson, Jr.*
                                                 **JOSEPH F. LEESON, JR.**
                                                 **United States District Judge**